UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-cv-01288-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT BE GRANTED<br><br>(Doc. Nos. 23, 28) |

After successfully obtaining reversal of an administrative decision denying her application for Social Security disability benefits, plaintiff filed an application for an award of attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $5,834.84. (Doc. No. 23.) On May 18, 2016, defendant filed an opposition asserting that its litigation position and underlying administrative decision were substantially justified. (Doc. No. 26.) Defendant further argued that because plaintiff achieved only limited success in the litigation, as the magistrate judge had recommended affirming the underlying administrative decision and the reviewing district judge had remanded for reconsideration on only one ground, any award for attorney fees should be reduced. (*Id.*) On May 19, 2015, plaintiff filed a reply brief, which

/////

1

requested a supplemental EAJA award of $228.07 for 1.2 hours spent on the reply brief. (Doc. No. 27.)

On June 6, 2016, the assigned magistrate judge recommended plaintiff's application for EAJA fees and expenses be granted, in the amount of $6,062.91, with fifteen days leave to file written objections with the Court. (Doc. No. 28.) No objections to those findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The June 6, 2016 findings and recommendations (Doc. No. 28) are adopted in full; and
2. Plaintiff's motion for EAJA fees and expenses (Doc. No. 23) is granted in the amount of $6,062.91.

IT IS SO ORDERED.

Dated:  **September 13, 2016**                                  _____
                                                                 UNITED STATES DISTRICT JUDGE